IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE WALKER,

    Plaintiff,

v.

DR. STONE, DR. BLOOM,
DAVID BETH, FIVE JANE/JOHN DOE
DEPUTIES, KENOSHA UNITED
HOSPITAL, ADMINISTATORS
JANE/JOHN DOE #1-5, FIVE
EMPLOYEES/CONTRACT WORKERS
FROM KENOSHA COUNTY
CORRECTIONS and
HEALTH SERVICE - 1 JOHN DOE
DOCTOR AND 5 JANE DOE NURSES,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-816-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice to plaintiff's re-filing the proposed complaint as a new civil action in the United States District Court for the Eastern District of Wisconsin.

/s/  
Peter Oppeneer, Clerk of Court

12/18/2013  
Date